**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

IN THE MATTER OF:

CHAPTER 13

ROBERT JASON KNORR )
THEKLA THERESIA HEDWIG BASHORE )
9520 SW AUBURN RD

WAKARUSA KS 66546

CASE NO.: 12-41150

FOR: INSOLVE RECOVERY LLC
% CAPITAL RECOVERY GROUP LLC
DEPT 3203 PO BOX 123203
DALLAS TX 75312-3203

OBJECTION TO CLAIM
NO.: 19

**OBJECTION TO CLAIM**

COMES NOW, Jan Hamilton, Trustee, and objects to the allowance of the above claim as filed and recommends to the Court it be treated as follows:

Not allowed for the following reason:
DUPLICATE OF CLAIM #15

WHEREFORE, the Trustee prays the foregoing claim be allowed as set forth above.

DATED: December 19, 2012

s/ - JAN HAMILTON, TRUSTEE
PO Box 3527, Topeka, KS 66601

NOTICE WITH OPPORTUNITY FOR HEARING

The above-named creditor, debtor(s), and debtors' attorney are hereby notified of this Objection and given 30 days from December 19, 2012 to file written objection thereto. If no objection is filed, an ex parte order will be entered. If an objection is filed by January 18, 2013, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 444 SE Quincy, Room 210, Topeka, Kansas 66683, on Wed February 6, 2013 at 9:00 AM.

CERTIFICATE OF SERVICE

I certify that I electronically filed the above and foregoing Objection wit the Court via the CM/ECF system, which notices all interested parties using the CM/ECF system. I have also mailed this pleading first class, to the creditor named above, the debtor and the following parties on this date: December 19, 2012.

s/ - JAN HAMILTON, TRUSTEE

e: DEAN AND LINDA SCHUTTER

4225 SW COLLY CREEK DR
TOPEKA KS 66610

FG19/JR