# UNITED STATES BANKRUPTCY COURT
Division: Kansas - Topeka

In re Robert Knorr, Case No. 12-41150

## NOTICE OF WITHDRAWAL OF CLAIM

Notice is hereby given that Creditor, INSOLVE RECOVERY, LLC hereby withdraws its Proof of Claim.

Court Claim #: 19
Amount of Claim: $844.72
Date Claim Filed: 10/18/2012

Last Four Digits of Acct #: 1208

.

By: /s/ Nichlas P. Spallas ______ Date: 12/27/2012

Capital Recovery Group, LLC
(520) 615-4114, ext. 206
Agent of Creditor