**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

IN THE MATTER OF:
ROBERT JASON KNORR
THEKLA THERESIA HEDWIG BASHORE

CHAPTER 13
CASE NO.: 12-41150

**WITHDRAWAL OF OBJECTION**
**FILED BY TRUSTEE**

COMES NOW, Jan Hamilton, Trustee, and hereby withdraws his objection to claim number 19 filed by INSOLVE RECOVERY LLC for the following reason:

CLAIM HAS NOW BEEN WITHDRAWN

Dated: December 28, 2012

s/ - JAN HAMILTON, TRUSTEE
P.O. Box 3527, Topeka, KS 66601
(785) 234-1551

FG42/JR

LARRY E SCHNEIDER
112 W 6TH ST STE 501

TOPEKA KS 66603